UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-40308
_____


ANDREW D'ENTREMONT,

                                        Plaintiff-Appellant,

                          v.

ALLSTATE INSURANCE COMPANY; ET AL.,

                                        Defendants,

ALLSTATE INSURANCE COMPANY; RICK ROLLINS,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court for the
Eastern District of Texas, Beaumont
1:97-CV-595
_____
February 14, 2001

Before HILL[*], JOLLY and BENAVIDES, Circuit Judges.

PER CURIAM:[**]

    AFFIRMED.  See 5th Circuit Rule 47.6.

_____

    [*] Circuit Judge of the Eleventh Circuit, sitting by designation.

    [**] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.